CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez** | ) Case No.: 2:21-cv-01471-DSF-AGR |
| Plaintiff, | ) **NOTICE OF SETTLEMENT AND** |
| v. | ) **REQUEST TO VACATE ALL** |
| | ) **CURRENTLY SET DATES** |
| **Henry Kwong,** in individual and representative capacity as trustee of The Kwong Trust dated May 25, 1990; **Margaret Kwong,** in individual and representative capacity as trustee of The Kwong Trust dated May 25, 1990; **Kevin Wejeh Diab; Fayad Elias Kassis** | ) ) ) ) ) ) ) ) |
| Defendant. | ) |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: April 1, 2021          By: /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff

Notice of Settlement          -1-          2:21-cv-01471-DSF-AGR