CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KEVIN WEJEH DIAB
18061 Valley Bl,
LA Puente, CA 91745
Telephone: (213) 663-8899
Defendant
IN PRO PER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> HENRY KWONG, in individual and representative capacity as trustee of The Kwong Trust dated May 25, 1990; MARGARET KWONG, in individual and representative capacity as trustee of The Kwong Trust dated May 25, 1990; KEVIN WEJEH DIAB; FAYAD ELIAS KASSIS <br><br> Defendant. | Case No.: 2:21-cv-01471-DSF-AGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

|   |   |
|---|---|
| 1 | **STIPULATION** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 23, 2021                    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

Dated:

By: _____
    Kevin Wejeh Diab
    Defendant

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                         CENTER FOR DISABILITY ACCESS

By: _____
    Amanda Seabock
    Attorneys for Plaintiff

Dated: 4/14/2021

By: _____
    Kevin Wejeh Diab
    Defendant